Louis J. RASSE, Appellant,

v.

CITY OF MARSHALL, MO., Todd S. Lewis, and Delford R. Thompson, Collector of Revenue of Saline County; Larry L. Langan, Trustee for Wood & Huston Bank, Wood & Huston Bank et al., Respondents.

No. WD 61753.

Missouri Court of Appeals,
Western District.

May 20, 2003.

Lawrence R. McClure, Marshall, MO, for Appellant.

Stanley M. Thomas, Kansas City, MO, Catherine P. Logan, Overland Park, KS, and Donald G. Stouffer, Marshall, MO, for Respondents, City of Marshall, Todd S. Lewis, & Delford R. Thompson.

Donald S. Huff, Marshall, MO, for Respondents, Larry L. Lang and Wood & Huston Bank.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Louis J. Rasse appeals the judgment of the trial court disposing of his lawsuit by summary judgment. Mr. Rasse also appeals the judgment of the trial court granting summary judgment as to the Respondents' counterclaim, which sought to quiet title in the 2000 land sale of Mr. Rasse's unsold and tax delinquent property. We affirm. Rule 84.16(b).